**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**UNITED STATES OF AMERICA**                                                    **PLAINTIFF**

**v.**                          **Case No. 4:13CR00226-001 KGB**

**RAUL TORRES**                                                                 **DEFENDANT**

## ORDER

Before the Court is a motion to withdraw as counsel filed by Christophe A. Tarver (Dkt. No. 17).  On August 29, 2013, United States Magistrate Judge H. David Young appointed Mr. Tarver to represent defendant Raul Torres in this matter (Dkt. 5).  Attorney Patrick J. Benca filed an entry of appearance as retained counsel in this case on September 10, 2013 (Dkt. 14).

For good cause shown, the motion to withdraw as counsel is granted (Dkt. No. 17).  Patrick J. Benca is hereby substituted as counsel of record for defendant Raul Torres, and Christophe A. Tarver is relieved from any further representation of defendant in this matter.

IT IS SO ORDERED this 12th day of November, 2013.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE